The Luisi Investigation Company, Inc., v. Herbert L. Kamber and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before July 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Eugene P. Antoniades v. Compagnie Generale de Transports Trans-atlantiques, Inc., and Others, Impleaded with Benjamin Adler and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before September 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Harold F. Eldridge v. Wm. A. Rogers, Limited.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Harold F. Eldridge v. Wm. A. Rogers, Limited.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to Houghton Avenue. In the Matter of the Application of The City of New York Relative to Acquiring Title to Olmstead Avenue. In the Matter of the Petition of Charles A. Lent and Others for an Order Directing the Comptroller of the City of New York to Pay Awards Made for Damage Parcels Nos. 116 and 116-B and for Damage Parcels Nos. 121 and 121-A.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

New York Plumbers Specialties Co., Inc., v. 52 West Broadway Corporation.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Peter Gabriel v. Max Samuel, Also Known as Max Samuels.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin, and Sherman, JJ.

The People of the State of New York v. John Sallamack.— Motion granted and appellant's time to file the record on appeal and appellant's points extended to and including August 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Philip Beberman.— Motion granted and appellant's time within which to bring on the appeal for argument and to serve and file the record on appeal and appellant's points extended to and including October 1, 1931, with notice of argument for October 20, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Joseph Gluck v. Detroit Fidelity and Surety Company.— Motion denied. The time of defendant within which to answer the complaint extended to and including June 24, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Pericles Gianopoulos v. New York Bankers, Inc., Impleaded, etc.— Motion denied without prejudice to a motion by the plaintiff at Special Term for a resettlement of the order appealed from. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jacob W. Loeb v. William Fox.— Motion granted, but on the condition contained in the stipulation, that if the order for plaintiff's examination is affirmed